FELIPA R. RICHLAND, SBN 112458
**RICHLAND & ASSOCIATES**
8383 Wilshire Boulevard
Suite 708
Beverly Hills, CA 90211
(323) 651-5951 - Telephone
(323) 651-1088 - Facsimile

JS - 6

Attorneys for Plaintiff,
GIANNI VERSACE, S.p.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **GIANNI VERSACE**, S.p.A., a Foreign Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>-vs-<br><br>**PARVIZ NOURAFSHAN**, an Individual, *dba Peroni* and *Peroni USA*; **PERONI, INC.**, a California Corporation, *dba* Peroni and Peroni USA; **BAHMAN DARDASHTI**, an Individual; **BOB-BENNETT, INC.**, a California Corporation, and DOES 2 through 5 and 8 through 10, Inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO.: CV 06 - 3506 ODW(Ex)<br><br>**FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; WITH RESPECT TO DEFENDANTS:**<br><br>**1. PARVIZ NOURAFSHAN**<br>**2. PERONI, INC.**<br><br><br>Complaint Filed: June 7, 2006<br><br>Trial Date: April 8, 2008 |

　　　　Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and Defendant PARVIZ NOURAFSHAN, an Individual, and PERONI, Inc., a California Corporation, collectively *dba Peroni*, are desirous of settling this action.

　　　　Defendants, PARVIZ NOURAFSHAN, an Individual, and PERONI, INC., a California Corporation, collectively dba PERONI, without admitting any wrongdoing, enter this consent judgment to end this litigation and buy their peace.

　　　　The parties therefore stipulate to the following facts and consent to entry of this Consent Judgment with Permanent Injunction as follows:

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1  **WHEREAS**, the parties have agreed to the entry of the following findings of fact disposing of all counts to the Complaint asserted by VERSACE, it is hereby ordered, adjudged and decreed that:

**WHEREAS**, VERSACE's is the owner of the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint, and on Registry with the United States Patent & Trademark Office.

**WHEREAS**, the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint, and on Registry with the United States Patent & Trademark Office, are valid protectable, subsisting and in full force and effect.

**WHEREAS**, the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint, and on Registry with the United States Patent & Trademark Office are incontestable.

**WHEREAS**, based upon VERSACE's good faith prior use of the VERSACE Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE Trademarks in the United States and any confusingly similar names, marks or phonetically similar sounding words or symbols;

**WHEREAS**, the VERSACE Trademarks at issue in this matter, including the 'MEDUSA' design marks and designs, and identified as Exhibit A to the Complaint, and on Registry with the United States Patent & Trademark Office are world famous and distinctive; and

**WHEREAS**, this Court has jurisdiction over the party to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendants PARVIZ NOURAFSHAN and PERONI, INC., their parents, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in

active concert or participation with them, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit A Complaint and on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

(A) Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

(B) Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or confusingly similar mark, trade name, trade dress, logos, design or phonetically similar sounding words or symbols;

(C) Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D) Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E) Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession,

1  custody or control bearing a design, or mark substantially identical to or confusingly similar
2  with or any or all of the GIANNI VERSACE trademarks or trade dress;

3     (F) Diluting and infringing the VERSACE trademarks and damaging
4  VERSACE's goodwill, reputation and businesses;

5     (G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its
6  subsidiaries or affiliated companies;

7     (H) Passing off or selling any products which are not entirely genuine
8  VERSACE products as and for VERSACE products, including products utilizing
9  VERSACE labels, packaging or containers that have been in any way modified without the
10 written permission of VERSACE;

11    (I) Applying to the United States Patent & Trademark Office for the
12 registration of any trademark that is a colorable imitation of any or all of the GIANNI
13 VERSACE trademarks, or confusingly similar mark, trade name, trade dress, logos or
14 design;

15    (J) Using the VERSACE trademarks or any such reproduction, counterfeit,
16 copy, or colorable imitation in connection with the manufacture, importation, distribution,
17 advertising, publicity, sale and/or offering for sale, of any other merchandise not referred
18 to above; and

19    (K) Instructing, assisting, inducing, aiding or abetting any other person or
20 business entity in engaging in or performing any of the activities referred to above.

21   3. The jurisdiction of this Court is retained for the purpose of making any further
22 orders necessary or proper for the construction or modification of the Settlement Agreement,
23 this Judgment, the enforcement thereof and the punishment of any violations thereof.

24   4. Any party shall have the right to seek sanctions for contempt, compensatory
25 damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the
26 event of a violation or failure to comply with any of the provisions hereof. The prevailing
27 party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

28   5. Judgment is rendered in favor of VERSACE and against PARVIZ

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1 NOURAFSHAN, an Individual, and PERONI, INC., a California Corporation, as to
2 imposition of the Permanent Injunction, subject to the terms of the Settlement Agreement
3 between the parties. This Consent Judgment with Permanent Injunction shall be conclusive
4 for purposes of collateral estoppel regarding all findings of fact herein determined.

5      6. All causes of action as between VERSACE and PARVIZ NOURAFSHAN
6 and PERONI, INC., are hereby dismissed with prejudice, subject to the terms of the
7 Settlement Agreement between the parties.

8      7. The parties respective attorney's fees and costs incurred in connection with
9 this action shall be borne as per the agreement of the individual parties in their Settlement
10 Agreement.

11      8. This Court will retain continuing jurisdiction over this cause to enforce the
12 terms of this Consent Judgment with Permanent Injunction and the Settlement Agreement
13 between the parties, and will retain continuing jurisdiction over PARVIZ NOURAFSHAN
14 and PERONI, INC..

15      9. All counterfeit and infringing VERSACE products seized by VERSACE and
16 related to this action shall be destroyed under the direction of VERSACE.

17      10. All counterfeit and infringing VERSACE products currently in the possession,
18 custody or control of PARVIZ NOURAFSHAN and PERONI, INC., if any, shall be
19 surrendered to VERSACE and thereafter destroyed under the direction of VERSACE.

20      11. This Judgment shall be deemed to have been served upon Defendants at the
21 time of its execution by the Court.

22 **IT IS SO ORDERED**.

24 DATED: May 12, 2008

25 _____
26                UNITED STATES DISTRICT JUDGE

27 **APPROVED AS TO FORM AND CONTENT**.

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

| | | |
|---|---|---|
| 1 | DATED: May _____, 2008 | LAW OFFICES OF OMID KORSHIDI |
| 2 | | |
| 3 | | By: _____ |
| 4 | | ROXANA SADIGHIM<br>Attorneys for Defendants<br>PARVIZ NOURAFSHAN |
| 5 | | PERONI, INC. |
| 6 | | |
| 7 | DATED: May _____, 2008 | PARVIZ NOURAFSHAN |
| 8 | | |
| 9 | | _____<br>In his Individual capacity *dba*<br>PERONI |
| 10 | | |
| 11 | | PERONI, INC. |
| 12 | | |
| 13 | | By: _____<br>PARVIZ NOURAFSHAN<br>President |
| 14 | | |
| 15 | DATED: May _____, 2008 | RICHLAND & ASSOCIATES |
| 16 | | |
| 17 | | |
| 18 | | By: _____<br>FELIPA R. RICHLAND<br>ATTORNEYS FOR PLAINTIFF, |
| 19 | | GIANNI VERSACE, S.p.A. |

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS